# EXHIBIT 1

# EXHIBIT 1

**reviewjournal**.com



PRINT THIS

Powered by  Clickability

Jul. 21, 2010
Copyright © Las Vegas Review-Journal

## Massage parlor loses license after prostitution arrests

By ALAN CHOATE
LAS VEGAS REVIEW-JOURNAL

Las Vegas revoked a massage parlor's business license Wednesday , but the City Council also might have left the decision open to a legal challenge.

The council voted unanimously to strip Oriental Angels Massage of its license because of five prostitution arrests in the past 2½ years, two of which have resulted in convictions so far. But council members were divided, 4-3, on imposing a $50,000 fine.

"I look at this, quite frankly, with disgust," said Councilwoman Lois Tarkanian, whose ward includes the business at 2600 W. Sahara Ave. "It has been a thorn in the side of the neighborhood. This backs up to residential area."

The business owner, Jinli Ran, fought the city's complaint, arguing that she required all employees to sign a contract prohibiting illegal acts, nudity and sexual activity, and noting that she immediately fired all of the women who were arrested.

Her workers had to deposit $2,000 that they stood to lose by violating the contract, Ran said, although she told council members that she usually gave them their money back.

"I mostly give (it) to them because I just fired them," she said.

Ran, who is licensed as an acupuncturist, insisted she tried to run a clean business.

"We don't need that kind of service," she said of the actions of her arrested workers. "Just very professional Chinese massage.

"Oriental massage is a healing art. It makes you more healthy."

She is trying to sell the business, said her attorney, Conrad Claus, who asked the council to give her a temporary 45-day license so she could complete the deal.

Council members were unmoved.

"I feel like the owner or the manager is responsible," Mayor Pro Tem Gary Reese said. "It's happened not just once. It's happened a number of times."

But the council split on whether the incidents represent a pattern, and that could trip them up legally.

To get to the $50,000 figure, the council had to conclude that there was ongoing illegal activity

over a period of time for which they could impose fines of up to $1,000 a day.

Absent that, City Attorney Brad Jerbic said, the council could fine up to $1,000 daily for each of the five arrests, which was his recommendation.

Mayor Oscar Goodman and Councilmen Steve Wolfson and Ricki Barlow voted against the fine, saying a pattern had not been established.

The council was supposed to stick to incidents in the complaint prepared by the city attorney, which starts with an arrest for prostitution on Jan. 8, 2008.

But Tarkanian kept referring to incidents she said started in 2006 despite instructions from Jerbic to leave those out of the discussion.

Claus said he "absolutely" intends to appeal the council's action to District Court.

Contact reporter Alan Choate at achoate@ reviewjournal.com or 702-229-6435.

**Find this article at:**
http://www.lvrj.com/news/massage-parlor-loses-business-license-after-prostitution-arrests-98956919.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



Massage parlor loses business license after prostitution arrests

MEMBER LOGIN
E-MAIL:
PASSWORD:
New User | Lost Password

Home   Classifieds   Escort Reviews   Escorts   Forum   Search   Contact Us   Advertise

MP News: 211   Total Erotic MPs: 4,837   Total MP Reviews: 42,744   Top 10 MPs in USA

News Home >> United States News >> Nevada News >> Las Vegas News >>

# Massage parlor loses business license after prostitution arrests

by ampuser247



Oriental Angels Massage is located in Las Vegas, NV.

By ALAN CHOATE
LAS VEGAS REVIEW-JOURNAL

A Las Vegas massage parlor lost its business license Wednesday, but the Las Vegas City Council might have left the city open to a legal challenge.

The council voted unanimously to strip Oriental Angels Massage of its license, but split 4-3 over imposing a $50,000 fine.

A complaint against the business lists five prostitution arrests since 2008. Two of those resulted in convictions, and three are still working their way through the system, said Deputy City Attorney Phil Byrnes.

"I look at this, quite frankly, with disgust," said Councilwoman Lois Tarkanian. "It has been a thorn in the side of the neighborhood. This backs up to residential area."

The business owner, Jinli Ran, fought the city's complaint, arguing that she required all employees to sign a contract prohibiting illegal activity and noting that she immediately fired all the women who were arrested.

She's also trying to sell the business, according to her attorney, Conrad Claus, who asked the council to give her a temporary 45-day license so she could complete the deal.

Council members were unmoved.

"I feel like the owner or the manager is responsible," said Mayor Pro Tem Gary Reese. "It's happened not just once. It's happened a number of times."

The council split on whether the incidents represent a pattern, however, and that may trip them up legally.

To get to the $50,000 figure, the council had to conclude that there was ongoing illegality over a period of time for which they could impose fines of up to $1,000 a day. Absent that, said City Attorney Brad Jerbic, the council could fine up to $1,000 daily for each of the five arrests, which was his recommendation.

Mayor Oscar Goodman and Councilmen Steve Wolfson and Ricki Barlow voted against the fine, saying they didn't think enough of a pattern had been established.

Claus said he "absolutely" intends to appeal the council's action to District Court.

other places affected: No
Link: http://www.lvrj.com/news/massage-parlor-loses-business-license-after-prostitution-arrests-98956919.html

## Next news on EroticMP

Four Chinese nationals arrested in brothel case (Monterey Park, CA)

## Previous news on EroticMP

Police weren't told of woman's HIV, alleged prostitution (New Orleans, LA)
5 arrested in Waldorf prostitution probe (Washington DC, DC)
Knoxville man accused of employing 400 prostitutes for call girl service (Knoxville, TN)
Villa Park spa targeted in raid, arrest of 3 (Villa Park, IL)
Guam LE Crack Down on MPs (Tamuning, )
Scottsdale busts 3 massage parlors in prostitution investigation (Scottsdale, AZ)
Two more Sterling massage parlors lose licenses (Sterling, VA)
One Arrested in Midwest City Massage Parlor Sting (Oklahoma City, OK)
9 Arrested in Sterling Massage Parlor Raid (Sterling, VA)
Owners of Kirkland massage parlor (and others) arrested for multi-state prostitution, money laundering scheme (Burien, WA)

**comment & contribute**

---

You need VIP access to comment on this article.

**Click here to purchase VIP access**



Massage Reviews - Privacy Policy - Term Of Service - Grab Our Banner - $ Affiliate Program $
Erotic Massage Parlors & Massage Reviews, Erotic Classifieds, Escort Reviews and more
The contents of this site are registered and fully protected under the United States Copyright Act.



# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Massage parlor loses license after prostitution arrests

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 21, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 15, 2010

**Applicant's Tracking Number:** 0002070

**Registration #:**

**Service Request #:**   1-487413373

**Application Date:**   09-15-2010 20:13:21

## Correspondent ───────────────────────────────

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate ───────────────────────────────

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States